

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 15−50801
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Karen Elizabeth Jacobs
fka Karen E Wilk
184 Powers Hill Drive
Mooresville, NC 28115
Social Security No.: xxx−xx−4206

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

Chapter 13 Plan (Local Form 4)

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: December 1, 2015

Steven T. Salata
Clerk of Court

Electronically filed and signed (12/1/15)